UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LOUIS ANTHONY WILBON,

        Plaintiff,        Case No. 1:13-cv-1155

v.        Honorable Paul L. Maloney

GEORGE S. BUTH et al.,

        Defendants.
_____/

**ORDER DENYING LEAVE
TO PROCEED *IN FORMA PAUPERIS* - THREE STRIKES**

In accordance with the memorandum opinion entered this day,

IT IS ORDERED that Plaintiff is DENIED leave to proceed *in forma pauperis* because he has "three strikes" pursuant to 28 U.S.C. § 1915(g).

IT IS ALSO ORDERED that within twenty-eight (28) days hereof, Plaintiff shall pay the $400.00 filing fee to the Clerk of this Court. Plaintiff's failure to comply with this order will result in dismissal of this case without prejudice, and assessment of the $400.00 filing fee.


Dated:   November 12, 2013         /s/ Paul L. Maloney
                                                                   Paul L. Maloney
                                                                   Chief United States District Judge