UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LOUIS ANTHONY WILBON,

        Plaintiff,                Case No. 1:13-cv-1155

v.                                     Honorable Paul L. Maloney

GEORGE S. BUTH et al.,

        Defendants.
_____/

## **JUDGMENT**

In accordance with the Order issued this date,

**IT IS ORDERED** that the captioned case be and hereby is **DISMISSED** without prejudice for lack of prosecution.


Dated:   January 16, 2014                  /s/ Paul L. Maloney
                                                              Paul L. Maloney
                                                              Chief United States District Judge